# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD COPPOLINO,** : | Civil Action No. 16-0249 |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **FRANK NOONAN,** : | |
| **Defendant.** : | |

# ORDER

**AND NOW**, this 19th day of September 2016, upon consideration of Defendant Frank Noonan's Motion to Dismiss [Doc. No. 3], Plaintiff Richard Coppolino's Motion for Leave to Amend the Complaint [Doc. Nos. 7, 11], and the responses and replies thereto, and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** as follows:

1. Defendant Frank Noonan's Motion to Dismiss is **GRANTED**.

2. Plaintiff Richard Coppolino's Motion for Leave to Amend the Complaint is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

   **IT IS SO ORDERED**.

                                        BY THE COURT:

                                        /s/ Cynthia M. Rufe
                                        _____
                                        **CYNTHIA M. RUFE, J.**